# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146639

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 146639
                                  COA: 309729
                                  Wayne CC: 06-007375-FC

DAWAN TYNER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the order of the Court of Appeals and REMAND this case to the Court of Appeals for plenary consideration.

      We do not retain jurisdiction.

      McCORMACK, J., not participating because of her prior involvement in this case as counsel for a party.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2013



Clerk

s0522